UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

George Washington Bridge Bus Station Development Venture LLC

    Debtor,

Tutor Perini Building Corporation,
    Appellant,

-v-

George Washington Bridge Bus Station Development Venture LLC, *et al.*
    Appellees.

20-cv-1324 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The above case has been assigned to me for all purposes. It is hereby

ORDERED that the appellant file its brief by March 2, 2020. The appellees shall file their opposition brief by March 16, 2020. The appellant's reply brief, if any, must be filed by March 30, 2020.

IT IS FURTHER ORDERED that at the time any reply is served, the appellant shall supply two courtesy copies of all papers to Chambers.

SO ORDERED:

Dated: February 18, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge